JOHN HURLEY, Appellant, *v.* EDWIN TUCKER et al., Respondents, and THE EMPIRE BRICK AND SUPPLY COMPANY, Appellant.

*Hurley* v. *Tucker*, 128 App. Div. 580, affirmed.
(Argued February 22, 1910; decided March 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 5, 1908, which affirmed a judgment of Special Term in an action to foreclose mechanics' liens.

*Lamont McLaughlin* for plaintiff, appellant.

*Benjamin F. Edsall* for defendant, appellant.

*Grant C. Fox* and *Isidore Grayhead* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. Dissenting : CULLEN, Ch. J., GRAY and WILLARD BARTLETT, JJ.

---

JOHN R. WEIDENKOFER, an Infant, by ANNA WEIDENKOFER, His Guardian ad Litem, Appellant, *v.* JOHN W. CONNOLLY, as Executor of HENRIETTA CONNOLLY, Deceased, Respondent.

*Weidenkofer* v. *Connolly*, 127 App. Div. 947, affirmed.
(Argued February 23, 1910; decided March 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 10, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at an Equity Term in an action to charge a legacy upon the real property of the decedent.

*Percival De Witt Oviatt* for appellant.

*Milton Noyes* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.